**Audrey J. Barris**
**2130 Fillmore Street   #322**
**San Francisco, CA  94115**
**(415) 875-9228**
**Trustee in Bankruptcy**

# IN THE UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. **02-55642** |
|---|---|
| **REPEATER TECHNOLOGIES, INC.** | Chapter 7 |
| | **NOTICE OF UNCLAIMED DIVIDENDS** |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $23,174.55.  The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 18 | Bax Global<br>16808 Armstrong Ave<br>Irvine, CA 92623-9571 | 3,139.58 | 886.53 |
| 23 | Joel J. Spina<br>3 Janna Way<br>Lucas, TX 75002 | 12,638.91 | 3,568.87 |
| 29 | CS Vending<br>1053 Lincoln Ave<br>Palo Alto, CA 94301 | 493.00 | 139.21 |
| 33 | U.S. Stock Transfer Corp.<br>1745 Gardena Ave., Second Floor<br>Glendale, CA 91204-2991 | 1,582.75 | 446.92 |
| 38 | Sierra Associates<br>Attn: Truman Roe, 3350 Scott Blvd. Bldg 51-02<br>Santa Clara, CA 95054 | 2,757.13 | 778.54 |
| 65 | Raul Rios<br>Eca Do Queiros 1031-22, Jardines Universidad<br>Zapopan Jalisco, NM 45110 | 6,390.00 | 1,804.36 |

| | | | |
|---|---|---:|---:|
| 66 | G.W. STEVENS<br>16 Beatrice St., Kilsyth<br>Vic, Australia 3137, | 200.00 | 56.47 |
| 82 | JOHN L. SILVER<br>NO VALID ADDRESS | 458.90 | 129.58 |
| 92 | Metapath Software International, Inc.<br>Attn: John Thornton, 1755 N Collins Blvd<br>Richardson, TX 75080 | 47,253.03 | 13,342.93 |
| 7A | ADLAI S. SHAWAREB<br>19431 Vineyard Lane<br>Saratoga, CA 95070 | 609.49 | 176.31 |
| 12A | JUSTIN BENOIST<br>NO VALID ADDRESS | 1,113.64 | 322.14 |
| 13A | CHARLES RATLIFF<br>NO VALID ADDRESS | 158.70 | 45.91 |
| 16A | JOHN SOLIDAY<br>NO VALID ADDRESS | 2,674.39 | 773.62 |
| 18 | Bax Global<br>16808 Armstrong Ave<br>Irvine, CA 92623-9571 | 3,139.58 | 21.66 |
| 23 | Joel J. Spina<br>3 Janna Way<br>Lucas, TX 75002 | 12,638.91 | 87.19 |
| 29 | CS Vending<br>1053 Lincoln Ave<br>Palo Alto, CA 94301 | 493.00 | 3.40 |
| 33 | U.S. Stock Transfer Corp.<br>1745 Gardena Ave., Second Floor<br>Glendale, CA 91204-2991 | 1,582.75 | 10.92 |
| 34 | H.W. Christes Engraving<br>170 East Liberty Ave<br>Anaheim, CA 92801-1011 | 389.00 | 2.69 |
| 38 | Sierra Associates<br>Attn: Truman Roe, 3350 Scott Blvd. Bldg 51-02<br>Santa Clara, CA 95054 | 2,757.13 | 19.02 |
| 54 | PERRY Laforge<br>575 Anton Blvd. #560<br>Costa Mesa, CA 92626 | 26,629.04 | 183.69 |
| 65 | Raul Rios<br>Eca Do Queiros 1031-22, Jardines Universidad<br>Zapopan Jalisco, NM 45110 | 6,390.00 | 44.08 |
| 66 | G.W. STEVENS<br>16 Beatrice St., Kilsyth<br>Vic, Australia 3137, | 200.00 | 1.38 |

| | | | |
|---|---|---:|---:|
| 82 | JOHN L. SILVER<br>NO VALID ADDRESS | 458.90 | 3.17 |
| 92 | Metapath Software International, Inc.<br>Attn: John Thornton, 1755 N Collins Blvd<br>Richardson, TX 75080 | 47,253.03 | 325.96 |

Total Unclaimed Dividends: $23,174.55

Dated: November 15, 2012

Audrey J. Barris, TRUSTEE